# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2026-0427
_____

MARY KATHERINE DAY PETRANO,

Petitioner,

v.

CHARLES DANIEL SIKES, ESQ.,
JOHN MILLER, and BRADFORD
COUNTY TELEGRAPH, INC.,

Respondents.

_____

Petition for Writ of Prohibition—Original Jurisdiction.


February 16, 2026


PER CURIAM.

DISMISSED.

LEWIS, WINOKUR, and NORDBY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Mary Katherine Day Petrano, pro se, Petitioner.

No appearance for Respondents.